■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GASPAR FRANCIS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldman, J.), rendered May 23, 1985.

Ordered that the judgment is affirmed *(see, People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Thompson, J. P., Lawrence, Rubin, Harwood and Balletta, JJ., concur.